EL PUEBLO, DEMANDANTE Y APELADO *v*. MERCADO, ACUSADO Y APELANTE.

APELACIONES procedentes de la Corte de Distrito de Ponce en causas por delitos de hurto menor.

Nos. 1401, 1402, 1403, 1404, 1405, 1406, 1407, 1408, 1409 y 1410.

Resueltos en junio 27, 1919, por los fundamentos del caso No. 1400, *El Pueblo* v. *Mercado*, de junio 27, 1919, (pág. 568).

Abogado del apelante: *Sr. Leopoldo Tormes.*
Abogado del pueblo: *Sr. José E. Figueras, Fiscal.*

*Confirmadas las sentencias apeladas.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro, Aldrey y Hutchison.